**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAR 2 6 2018**

JEFFREY P. COLWELL
CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

        **Jared S. Fogle**

_____, Applicant,

v.    **Judge Tanya Walton-Pratt**
    **President Donald Trump**
    **R.Hudgins Warden FCI Englewood**
    **Director of the BOP, Wahington DC**_____, Respondent.
(Name of warden, superintendent, jailer, or other custodian)

*(Note: If you are attacking the validity of a state conviction or sentence and not the execution of your sentence, you must file an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. If you are attacking the validity of a judgment entered in a federal court, you must file a motion pursuant to 28 U.S.C. § 2255 in the federal court that entered the judgment.)*

## APPLICATION FOR A WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. § 2241

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

### A. APPLICANT INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

    **Jared S. Fogle**          **9595 W.Quincy Ave.Littleton,CO 80123**

(Applicant's name, prisoner identification number, and complete mailing address)

_____

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

\_\_\_\_   Pretrial detainee
\_\_\_\_   Civilly committed detainee
\_\_\_\_   Immigration detainee
\_\_\_\_   Convicted and sentenced state prisoner
\_\_\_\_   Convicted and sentenced federal prisoner
\_\_\_\_   Other: *(Please explain)* _____

## B.   RESPONDENT INFORMATION

Judge Tanya Walto_Pratt                46 E.Ohio Street Indianapolis IN46204
President Donald Trump                 1600 Penn. Ave NE Washington DC 20501

(Respondent's name and complete mailing address)
Director of the BOP                    320 First St. NW Washington DC 20534
Warden R. Hudgins, FCI ENG             9595 W.Quincy Ave. Littleton, CO¯80123

## C.   STATEMENT OF CLAIMS

*State clearly and concisely every claim you are asserting in this action. For each claim, specify the right that allegedly has been violated and all facts that support your claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "C. STATEMENT OF CLAIMS."*

CLAIM ONE: _____ Unlawfully incarcerated due to ilelgal "charge of conspiracy" _____

Supporting facts:

Sentencing court, has refused to correct and fix the unlawful Plea(s); Petitioner was allowed to plead to a conduct(s) that was not provided for within the text of § 2252(2)(2); specifically, "conspiracy"; as such, Petitioner was denied his Constitutional Rights to due process, and had this charge not been unlawfully and illicity charged; FOGLE would not have plead "GUILTY".

## D.   PRIOR APPLICATIONS

Have you ever filed a lawsuit, other than this lawsuit, in any federal court in which you raised or could have raised the claim(s) raised in this action? ___ Yes **XX** No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one prior application, use additional paper to provide the requested information for each prior application. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "D. PRIOR APPLICATIONS."*

Name and location of court:       USDC     Criminal Court Indianapolis IN
_____

Case number:
_____

Type of proceeding:
_____

List the claim(s) raised:
_____

Date and result: (Attach a copy of the decision if available)
_____

Result on appeal, if appealed:
_____

## E.   ADMINISTRATIVE REMEDIES

*WARNING: You must exhaust administrative and/or state remedies before filing an action in federal court pursuant to 28 U.S.C. § 2241. Your case may be dismissed if you have not exhausted administrative and/or state remedies. If additional space is needed to explain exhaustion, use extra paper to do so. Please indicate that additional paper is attached and label the additional pages regarding exhaustion as "E. ADMINISTRATIVE REMEDIES."*

Explain the steps you have taken to exhaust administrative and/or state remedies:

Adminstrative remedies are not a part of § 2241, as provided by congress

## F.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

Hearing on the facts as alleged and supported by the records;

Finding as to the Constitutionallity of said facts; findings on the Open court records, and conclsuions of law(s)

Immediate release due to Unconstitutional incareceration in violation of Due PRocess and 6th Amendment rights.

## G.   APPLICANT'S SIGNATURE

I declare under penalty of perjury that I am the applicant in this action, that I have read this application, and that the information in this application is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this application: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the application otherwise complies with the requirements of Rule 11.

_____
(Applicant's signature)

3-15-2018
_____
(Date)

(Form Revised December 2017)

4

⇔12918-028⇔

Jared Fogle
Englewood
Federal Corre
9595 West Qu
Littleton, CO 8
United States

7016 1370 0001 2869 9189

CERTIFIED MAIL

CORRECTIONAL SYSTEMS MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
9595 WEST QUINCY AVE., LITTLETON, CO., 80123

DATE/INITIALS 3-21-18 60

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING
PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN
OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM
OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN
THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE
WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER
ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS

80294-250151

12918-028
Clerk Usdc Of Colorado
901 19TH ST
Room A105
Denver, CO 80294-3589
United States

