**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-00704-GPG
(**The above civil action number must appear on all future papers sent to the Court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JARED S. FOGLE,

    Applicant,

v.

JUDGE TANYA WALTON-PRATT,
PRESIDENT DONALD TRUMP,
R. HUDGINS, Warden FCI Englewood, and
DIRECTOR OF THE BOP, Washington D.C.,

    Respondents.

---

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

---

Applicant Jared S. Fogle is in the custody of the Federal Bureau of Prisons and currently is incarcerated at the Federal Correctional Institution in Littleton, Colorado.  On March 26, 2018, Applicant submitted *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, ECF No. 1, to the Court.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the filing is deficient as described in this Order.  Applicant is directed to cure the following if he wishes to pursue any claims in this action.  Any papers that Applicant files in response to this Order must be labeled with the civil action number identified on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  X      is not submitted
(2)  __     is missing affidavit

(3)  __     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  X      is missing certificate showing current balance in prison account
(5)  __     is missing required financial information
(6)  __     is missing authorization to calculate and disburse filing fee payments
(7)  __     is missing an original signature by the applicant
(8)  __     is not on proper form
(9)  __     names in caption do not match names in caption of complaint, petition or habeas application
(10) X      other: In the alternative, Applicant may pay the $5 filing fee.

**Complaint, Petition, or Application**:
(11) __     Applicant must use a current Court-approved form
12)  __     is not on proper form
(13) __     is missing an original signature by Applicant
(14) __     is missing page nos.
(15) __     uses et al. instead of listing all parties in caption
(16) __     names in caption do not match names in text
(17) __     addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) X      other: The only properly named respondent in a 28 U.S.C. § 2241 action is the custodian where an applicant is incarcerated.

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above **within thirty (30) days from the date of this Order**.  Any papers that Applicant files in response to this Order must be labeled with the civil action number identified on this Order.  It is

FURTHER ORDERED that Applicant shall obtain and utilize the current Court-approved forms required for filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Applicant fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED March 27, 2018, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge