```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX004400
Cashier ID: rs
Transaction Date: 04/05/2018
Payer Name: Jared Fogle
------------------------------------
WRIT OF HABEAS CORPUS
 For: Jared Fogle
 Case/Party: D-COX-1-18-CV-000704-001
 Amount:         $5.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 192
 Amt Tendered: $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

Habeas Filing Fee

Case #18-cv-704-GPG


A fee of $53.00 will be assessed on
any returned check.
```