UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DENVER DIVISION

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 06 2018

JEFFREY P. COLWELL
CLERK

Jared S. Fogle
Plaintiff

vs.
President Trump
Judge Tanya Walton-Pratt
Warden R. Hudgins
Defendant's

Case No: 18-CV-704-GPG

## MOTION REQUESTING UNITED STATES DISTRICT JUDGE

Pursuant to § 636, under Title 28, **MOVANT** hereby makes the following motion, requesting these Habeas Proceedings at all stages be designated to a United States, Article III, District Judge.

further, and in support:

**MOVANT** requests that this court designated District Judge be other than

Lewis T. Babcock, as Judge Babcock is currently charged with RICO allegations

in a related Washington DC suit, **Frank Edwin Pate vs. Lewis T. Babcock et al; 18-CV-699-UNA.**

Since Judge Babcock is currently facing "obstruction of justice charges" on the Habeas Corpus courts lines, **MOVANT** is within the statutory allowances, requesting another District Judge, as would be "reasonable" to a party.

Submitted this 30th day of March 2018,

Jared S. Fogle
Pro se
9595 West Quincy Ave.
Littleton, CO 80123


CC: ECF all parties

Case 1:18-cv-00704-GPG   Document 8   Filed 04/06/18   USDC Colorado   Page 2 of 2



12919-028

Jared Fogle
Englewood
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO 80123
United States

CORRECTIONAL SYSTEMS MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
9595 WEST QUINCY AVE., LITTLETON, CO. 80123

DATE/INITIALS 4/4/18

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL
PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS
OPENED NOR INSPECTED IF THE WRITER RAISES A C...
OVER WHICH THIS FACILITY HAS JURISDICTION ...
THE MATERIAL FOR FURTHER INFORMATION ...
WRITER ENCLOSES CORRESPONDENCE FOR FOR...
ADDRESSEE, PLEASE RETURN THE ENCLOSURE ...

DENVER CO 802
05 APR 2018 PM 5 L

80294-250039

United States District Court
Alfred Arraj Court House
901 - 19th St. Rm A105
Denver, CO 80294

FOREVER USA
Repeal of the
Stamp Act, 1766