IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 09 2018

JEFFREY P. COLWELL
CLERK

Jared S. Fogle
Plaintiff

Case no: 18-cv-00704-GPG

vs.

Judge Tanya Wyatt-Pratt
President Donald Trump
R. Hudgins, Warden FCI Englewood
Director of the BOP, Washington DC
Defendant's

## JUDICIAL ORDER

According to an ORDER issued by this court 27 March 2018, Magistrate Gallagher, notes that a deficiencies list is in need of addressment; for the records:

1) $5.00 Check has been mailed Certified in a separate mailing;

2) The court (with all due respect) is in error as to "Defendant's" named for the following reasons;

A) § 2241 states that a petitioner MUST list their immediate custodian;; however, Congress makes no intent clear that any other Defendant's may not be named, and therefor the idea of "only immediate custodian" is an interpetation of which is dangerously close to denying FOGLE access to the courts; A constitutional protection.

B) Judge Gallagher states: "the only proper named respondent in a 28 USCS § 2241 action is the custodian where an Applicant is incarcerated." this statement is in conflcit with the following facts:

3) President Donald Trump is Commander in Chief over Article II branch of Government; His Attorney General's office(rs) hold responsibility for the correct application of Law(s); Since November 2017, the acting AG Jeffereson Sessions, by way of his junior officers have failed to correct a clear error in law(s); the Article II "officers" have now be noticed to their "Boss" that problems are being ignored;

4) Judge Tanya Walton-Pratt, under Article III branch of Government; Judge Pratt, has continually "advocated" for the United States proescution; this in itself is a clear violation of the "separation of powers" doctrine; when a Judge fails to correct her errors in law upon notice, she is deemd to be willful

--1--

and complicityly acting as an Article II officer, intead of her non-biased role of an Article III judge; separation of powers does not exist in the Sentencing court which has been responsible for FOGLES unlawful incarceration(s); Judge Pratt is also currently a Defendant in a Civil RICO suit, in Washington DC.; Jared S. Fogle vs. Attorney General, et al. 18-cv-00697-TNM;

5) Director of the BOP and Warden Hudgins, are noticed in the suit, as they are both complicit with FOGLES continued unlawful incarceration(s); Warden Hudgins and the Director both have judicially granted authority to "remedy the problems" extant in this proceedings; they effectively hold the "key to the door";

All parties named are appropriate and are allowed under the Due Process clause, as well as the Civil Rules of Procedures; with all due respect, FOGLE is within his Constitutional rights naming the aforementioned parties, and must be allowed to proceed with said parties named. Nothing in the law is contrary to that right.

further, FOGLE has effectviely argued "injury-in-fact", therefore, Article III powers are available to him, and redress is on the immediate horizon in this instnat case.

Submitted this 3rd day of April 2018

*[signature]*

Jared S. Fogle
**Pro Se**
9595 W.Quincy Ave.
Littleton, CO 80123

CC: ECF to all parties.

UNITED STATES DISTRICT COURT
COLORADO DISTRICT
Washington DC District

Jared S. Fogle
Plaintiff

Cases Nos: 18-CV-00697-TNM
18-CV-00704-GPG

vs.

President Trump,
Attorney General of USA, et al.

JUDICIALLY NOTICE

Pursuant to Rule 201 of Fed R. Evidence, Fogle, request this court to judicially notice the attached factual documents;

    1) Motion for relief, filed in **United States v. Frank Edwin Pate** 4:14-cr-00125-ALM;

Submitted this 1st day of April 2018,

*/s/ Jared S. Fogle*
Jared S. Fogle
Pro Se
9595 West Quincy ave.
Littleton, CO 80123

CC : ECF emails on file.

