UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Jared S. Fogle
Petitioner

vs.

Pres. Donald J. Trump, et al.
Defendants

Case No: 1:18-cv-00704-GPG

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 29 2018
JEFFREY P. COLWELL
CLERK

### MOTION TO TAKE JUDICIAL NOTICE

COMES now, Petitioner **FOGLE** does hereby request this court take notice of local 10th Circuit case law, as to time factors for Habeas Petitions and their execution;

### LEGAL STANDARD FOR THE CIRCUIT

This circuit is controlled by Johnson v. Rogers, 917 F.2d 1283 LEXIS 18827 states in part:

"The writ was granted, and the court ordered the judge to hear and decide the prisoner's action within 60 day's."

### RELIEF REQUESTED

Petitioner **FOGLE** does hereby request this court take judicial notice of the aformentioned case citation. (see attached copy)

Submitted this 20th day of May 2018;

Jared S. Fogle
**Pro Se**

9595 W. Quincy Ave.
Littleton, CO 80123

◇12919-028◇
Jared Fogle
Englewood
Federal Correctional Institution
9595 West Quincy Avenue
Littleton, CO 80123
United States

CORRECTIONAL SYSTEMS MANAGEMENT
FEDERAL CORRECTIONAL INSTITUTION
9595 WEST QUINCY AVE., LITTLETON, CO., 80123
DATE/INITIALS 5/11 6/6

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING
PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS NEITHER BEEN
OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM
OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE
MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE
WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER
ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

UNITED STATES DISTRICT COURT OF COLORADO
ALFRED A ARRAJ COURTHOUSE
901 19TH STREET
2ND FLOOR
DENVER, CO 80294

DENVER CO 802
24 MAY 2018 PM 9 L

LEGAL MAIL