IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00704-LTB

JARED S. FOGLE,

    Applicant,

v.

JUDGE TANYA WALTON-PRATT,
PRESIDENT TRUMP,
R. HUDGINS, Warden FCI Englewood, and
DIRECTOR OF THE BOP, Washington DC,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on June 4, 2018, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 4 day of June, 2018.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/ *A. Garcia Garcia*
                         Deputy Clerk