

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUN 11 2018
JEFFREY P. COLWELL
CLERK

18-cv-704 cpc
#11

Jared S. Fogle
#12919-028
FEDERAL CO
ENGLEWOOD
Inmate Mail/
9595 WEST (
LITTLETON,

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD